EEOC Form 5 (5/01)

| AMENDED **C**HARGE OF **D**ISCRIMINATION<br>This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☐ EEOC | Agency(ies) Charge No(s):<br>563-2019-00302 |
|---|---|---|

| KANSAS HUMAN RIGHTS COMMISSION | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (Indicate Mr., Ms., Mrs.)<br>AFENTRA BANDOKOUDIS | Date of Birth |
|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two are named, list under PARTICULARS below.*)

| Name<br>ENTERCOM KANSAS CITY LLC d/b/a KRBZ-FM | No. Employees, Members<br>15+ | Phone No. with Area Code<br>913.744.3600 |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☒ OTHER (Specify below) EQUAL PAY ACT

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2011    Latest: Aug. 1, 2018

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s):)

I was employed by Entercom Kansas City LLC ("Entercom") beginning March 25, 2002, until the date of my involuntary termination on August 1, 2018. I am a female. I was employed as a radio broadcaster ("On-Air Talent"). During my employment with Entercom, the listener ratings for my radio broadcast were consistently at or near the top of local radio show ratings as measured by my broadcast's share of the listeners according to Arbitron ratings for the Kansas City Metropolitan Survey Area.

Despite my favorable ratings and my substantial revenue generation, Entercom paid the male On-Air Talent substantially more than me, and paid me less then comparable males in the Kansas City market are paid.

Entercom's male On-Air Talent, including "Lazlo" and "Johnny Dare", consistently received more favorable treatment from Entercom's management in the terms and conditions of their employment, including but not limited to:

(a) higher compensation in violation of Title VII and the Equal Pay Act and the Kansas Acts Against Discrimination;
(b) Entercom's flexibility with pre-recorded broadcasts;
(c) Entercom's failure and refusal to provide me with data within its possession that would corroborate my assertion that the ratings for my broadcast entitled me to higher compensation;
(d) Entercom's repeated requirement that I disregard of my parenting obligations when they conflicted with my work schedule, while at the same allowing and condoning a male On-Air Talent (my former husband Scott Geiger a/k/a "Lazlo") to disregard his parenting responsibilities, which resulted in morning scheduling difficulties for me;
(e) Penalizing me for meeting my child care obligations and failing to accommodate those obligations when the male Program Director (my husband Scott Geiger a/k/a "Lazlo") failed to perform those child care obligations and either participated in or acquiesced in the failure to accommodate my obligations; and
(f) Entercom's disregard of policy violations by male On-Air Talent.

SEE FOLLOWING PAGE FOR CONTINUATION OF ALLEGATIONS

AMBER WALKER
Notary Public – State of Kansas
My Appointment Expires 12/16/21

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change m y address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>11/8/18<br>Date      Charging Party Signature | NOTARY – When necessary for State or Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
|---|---|

EXHIBIT A

EEOC Form 5 (5/01)

| AMENDED CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☐ EEOC | Agency(ies) Charge No(s):<br>563-2019-00302 |
|---|---|---|

| KANSAS HUMAN RIGHTS COMMISSION | and EEOC |
|---|---|
| *State or local Agency, if any* | |

THE PARTICULARS ARE *(Continued from previous page)*:
CONTINUATION OF ALLEGATIONS OF AFENTRA BANDOKOUDIS

I notified Entercom verbally and by email that Entercom was discriminating against me based on my gender, and I specifically requested that I be paid the same as male On-Air Talent. Entercom disregarded my requests for equal pay and failed to increase my pay to the level of the comparable males. I believe that the pay discrimination was deliberate and willful in violation of Title VII of the Civil Rights Act of 1964 and the Equal Pay Act.

I believe that Entercom terminated my employment based in part on my requests for equal pay; and that Entercom retaliated against me in violation of Title VII of the Civil Rights Act of 1964 and the Equal Pay Act.

After my termination Entercom continued to retaliate against me by disparaging me in at least one radio broadcast and in text messages.

I request the following relief:
1) Back pay for the time period that I was paid less than comparable Kansas City male On-Air Talent;
2) Compensation for lost benefits attributable to decreased pay, such as decreased retirement contributions;
3) Past and future Lost pay and benefits attributable to the termination of my employment;
4) Injunctive relief preventing Entercom Kansas City LLC from engaging in gender-based discriminatory pay and terms and conditions of employment;
5) Injunctive relief preventing Entercom from repeating its retaliatory disparaging comments about me;
6) An award of legal fees.

AMBER WALKER
Notary Public – State of Kansas
My Appointment Expires 12/16/21

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State or Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/8/19<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |