# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **AFENTRA BANDOKOUDIS,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Case No. 2:20-CV-02155-EFM-GEB<br>) |
| **ENTERCOM KANSAS CITY, LLC,**<br>d/b/a KRBZ-FM | )<br>) |
| **Defendants.** | )<br>)<br>)<br>) |

## AFENTRA BANDOKOUDIS'S EXPERT DISCLOSURES

Plaintiff, Afentra Bandokoudis, ("Plaintiff"), by and through her counsel, makes the following disclosure of expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2):

**Ross Eatman, ESQ**
**Eatman Media Services, Inc.**
**P.O. Box 102**
**Bedford, New York 10506**

Mr. Eatman is media and talent agent at Eatman Media Services Inc. and has over thirty (30) years representing talent in contract negotiations. Mr. Eatman also served as Plaintiff's agent toward the end of her employment with Defendant. It is anticipated that he will testify concerning Arbitron Ratings related to the allegations in this case, and the compensation of Plaintiff as compared to the ratings of Plaintiff's show while employed with Defendant Entercom Kansas City, LL. It is further expected that he will respond to and rebut the testimony and opinions of any other retained or non-retained experts on these issues identified by Defendant.

Mr. Eatman is being identified as a non-retained expert with knowledge of the alleged facts in this matter and the requisite knowledge, experience and training to discuss Arbitron ratings as related to the radio industry.

**Dr. Kevin Mays**
**8900 State Line Rd.**
**#380**
**Leawood, Kansas 66206**

Dr. Mays is the treating physician of Plaintiff. It is anticipated that he will provide testimony regarding injuries and treatment that Plaintiff suffered while employed with Defendant. It is further expected that he will respond to and rebut the testimony and opinions of any other retained or non-retained experts on these issues.

Dr. Hays is being identified as a non-retained expert with knowledge of the alleged facts in this matter and the requisite knowledge, experience and training to discuss Plaintiff's cause of injury, diagnoses and treatments.

Respectfully submitted,

KRIGEL & KRIGEL, P.C.

By: _/s/ Ivan L. Nugent_
    Ivan L. Nugent    Kan. #24512
    Lara K. Pabst    Kan. #23038
    4520 Main St., Ste. 700
    Kansas City, Missouri 64111
    Telephone:    816.756.5800
    Facsimile:    816.756.1999
    inugent@krigelandkrigel.com
    lpabst@krigelandkrigel.com
    **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed this 1st day of December, 2020, via the Court's CM/ECF system, which shall send electronic notice of the same to the following counsel of record:

Pedro L. Irigonegaray
Elizabeth R. Herbert
IRIGONEGARAY & ASSOCIATES
1535 S.W. 29th Street
Topeka, Kansas 66611

    _/s/ Ivan L. Nugent_
    Attorney for Plaintiff