IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AFENTRA BANDOKOUDIS<br><br>Plaintiff,<br><br>v.<br><br>ENTERCOM KANSAS CITY, LLC<br>d/b/a KRBZ-FM<br><br>Defendant. | Case No. 2:20-cv-02155-EFM-GEB |

**DEFENDANT'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Entercom Kansas City, LLC d/b/a KRBZ-FM, by and through counsel, moves this Court for partial reconsideration of its Order Denying Defendant's Motion for Summary Judgment. In support of this Motion, Defendant states as follows:

1. On May 9, 2022, the Court entered its Order denying Defendant's Motion for Summary Judgment (Doc. 134) (the "Order").

2. The Order included analysis regarding Defendant's Affirmative Defenses with respect to Plaintiff's Equal Pay Act Claim. *See* Doc. 134, pp. 12-16. The Court determined that Defendant's argument that it relied on factors other than sex to justify any alleged pay disparity– Plaintiff's market rate and poor performance, was not included in the Pretrial Order, that Defendant did not address this omission in its reply brief, and that the defense was therefore waived. *See* Doc. 134, p. 16.

3. "A party may seek reconsideration on the following grounds: (1) an intervening change in the controlling law; (2) the availability of new evidence; or (3) the need to correct clear error or prevent manifest injustice.'" *United States v. Chavez-Cadenas*, No. 09-200005-10-DDC,

1

2021 WL 3737126, at *2 (D. Kan. Aug. 24, 2021) (citing *United States v. Williams*, No. 09-40024-1-JAR, 2020 WL 7081738, at *2 (D. Kan. Dec. 3, 2020). Defendant moves for reconsideration of the Court's decision that Defendant has waived the affirmative defense that any disparity in pay was based on factors other than sex to correct clear error and prevent manifest injustice.

4. Defendant respectfully disagrees that the Pretrial Report does not include the defense to Plaintiff's Equal Pay Act claim that Defendant relied on factors other than sex. Section 4(b) of the Pretrial Report outlines the "Defenses of Defendant." *See* Doc. 92, p. 15. Section 4(b)(ii) is dedicated to Defendant's defenses that are applicable to Plaintiff's claims under the Equal Pay Act. *Id*. Section 4(b)(ii)(c) specifically identified "factors other than sex" as a defense to Defendant's actions. *Id.* at 16.

5. "In construing pretrial orders, the court pays more attention to substance than to form." *Rezac Livestock Comm'n Co. v. Pinnacle Bank*, No. 15-4958-DDC, 2019 WL 7116086, at *8 (D. Kan. Dec. 23, 2019) (finding that the pretrial order, liberally construed, was broad enough to support an unjust enrichment claim despite it not being included in the "legal claims of plaintiff" section of the pretrial order). The section of the Pretrial Report addressing Defendant's "factors other than sex defense" is perhaps inartfully drafted as it references Defendant's decision not to renew Plaintiff's employment contract rather than the alleged pay disparity. This was inadvertent and should not result in a waiver of the defense. The renewal of Plaintiff's contract is not relevant to Plaintiff's Equal Pay Act claim. Considering that the placement of the defense is within the defenses applicable to the Equal Pay Act claim, it is therefore reasonable to interpret Defendant's inclusion of the defense that Defendant relied on factors other than sex to apply to Plaintiff's alleged pay disparity. Liberally construed, the Pretrial Order is broad enough to support

Defendant's defense to Plaintiff's Equal Pay Act Claim that it relied on "factors other than sex." A determination otherwise would be severely detrimental to Defendant.

WHEREFORE, in order to prevent manifest injustice, Defendant respectfully requests reconsideration of the Court's finding that Defendant waived its defense to Plaintiff's Equal Pay Act claim that it relied on factors other than sex.

Respectfully Submitted,

/s/ Mitchell Wood
Karen J. Halbrook           (KS #14299)
Mitchell E. Wood            (KS #24052)
Lindsay P. Windham          (KS #26212)
Kathryn S. Rickley          (KS #23211)
HALBROOK WOOD, P.C.
3500 W 75th Street, Suite 300
Prairie Village, KS 66208
Tel: 913-529-1188
Fax: 913-529-1199
Email: khalbrook@halbrookwoodlaw.com
Email: mwood@halbrookwoodlaw.com
Email: lwindham@halbrookwoodlaw.com
Email: krickley@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

   The undersigned certifies that on this 23rd day of May 2022, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, and served via email to:

Ivan L. Nugent (KS #24512)
Lara K. Pabst (KS #24454)
KRIGEL & KRIGEL, PC
4520 Main St., Ste. 700
Kansas City, Missouri 64111
Phone: (816) 756-5800
Fax: (816) 756-1999
Email: inugent@krigelandkrigel.com
Email: lpabst@krigelandkrigel.com
ATTORNEYS FOR PLAINTIFF

                _/s/ Mitchell E. Wood_
                ATTORNEY FOR DEFENDANT