# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AFENTRA BANDOKOUDIS<br><br>    Plaintiff,<br><br>v.<br><br>ENTERCOM KANSAS CITY, LLC<br>d/b/a KRBZ-FM<br><br>    Defendant. | Case No. 2:20-cv-02155-EFM-GEB |

## DEFENDANT ENTERCOM KANSAS CITY, LLC'S AMENDED EXHIBIT LIST

Defendant Entercom Kansas City, LLC d/b/a KRBZ-FM ("Entercom" or "Defendant"), under Fed. R. Civ. P. 26(a)(3)(A) and this Court's Trial Order (ECF #92), respectfully submits the following list of exhibits it anticipates it may use at trial:

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 401 | Application for Employment (Defendant Bandokoudis 198-200) (Plaintiff's Deposition Exhibit #12) | | | | |
| 402 | New Hire Form (Defendant Bandokoudis 195) | | | | |
| 403 | New Hire Checklist (Defendant Bandokoudis 196) | | | | |
| 404 | 2002 Acknowledgement of Terms of Employment (Defendant Bandokoudis 197) | | | | |
| 405 | Employee Handbook Acknowledgement Form – 2002 (Defendant Bandokoudis 202) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
| 406 | Plaintiff's EEO Form (Defendant Bandokoudis 11) | | | | |
| 407 | Employee Handbook Acknowledgement – 7/14/2009 (Defendant Bandokoudis 108) | | | | |
| 408 | Retro Pay Per Employment Agreement – 5/19/2004 (Defendant Bandokoudis 177-180) | | | | |
| 409 | 2/1/2005 Bonus Request Form (D230-232) (Plaintiff's Deposition Exhibit #16 (for Bates #230 only)) | | | | |
| 410 | Employee Change Form – 7/25/05 (Effective 3/25/05): Contractual Pay Increase (Defendant Bandokoudis 221-222) (Plaintiff's Deposition Exhibit #17) | | | | |
| 411 | Employee Change Form – 3/25/2006: Contractual 3% Pay Increase (Defendant Bandokoudis 172-175) (Plaintiff's Deposition Exhibit #19 = D172) | | | | |
| 412 | 8/1/2006 Bonus Request Form (Defendant Bandokoudis 157-160) (Plaintiff's Deposition Exhibit #21 = D157) | | | | |
| 413 | Employee Status Form – 11/30/2006: Contractual Salary Increase with Salaried Payroll Computation (Defendant Bandokoudis 128-129) | | | | |
| 414 | Payroll Computation for 11/27/2007 Increase (Defendant Bandokoudis 124) | | | | |
| 415 | Employee Status Form – 1/13/2008: Contractual Increase (Defendant Bandokoudis 122-123) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 416 | Employee Status Form – 8/8/2008: New Salary Following Move from Seattle to Kansas City (Defendant Bandokoudis 113-114) | | | | |
| 417 | Employee Status Form and Salaried Payroll Computation for 8/4/2010 Pay Increase (Defendant Bandokoudis 103-105) | | | | |
| 418 | Employee Status Form – 8/5/2011: Pay Increase (Defendant Bandokoudis 87-88) | | | | |
| 419 | Employee Status Form – 8/4/2013: Pay Increase (Defendant Bandokoudis 67-68) | | | | |
| 420 | Employee Status Change Form 8/9/2014: Contractual Pay Increase (Defendant Bandokoudis 49-50) | | | | |
| 421 | Employee Change Status Form – 2018: Termination (Defendant Bandokoudis 1) | | | | |
| 422 | Employee Termination Checklist (Defendant Bandokoudis 2) | | | | |
| 423 | Human Resources Termination Correspondence (Defendant Bandokoudis 3-7) | | | | |
| 424 | Employment Agreement 2002-2004 (Defendant Bandokoudis 205-209) (Plaintiff's Deposition Exhibit #13) | | | | |
| 425 | Employment Agreement 2004-2005 (Defendant Bandokoudis 189-194) (Plaintiff's Deposition Exhibit #15) | | | | |
| 426 | First Amendment to Employment Agreement – 2004 (Defendant | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
| | Bandokoudis 2257-2259) | | | | |
| 427 | Second Amendment to Employment Agreement – March 22, 2005 (Defendant Bandokoudis 150-151) | | | | |
| 428 | Payroll Computation 3/24/2005 (Defendant Bandokoudis 233) | | | | |
| 429 | Employment Agreement 2006-2010 (Plaintiff's Deposition Exhibit #22) (Defendant Bandokoudis 115-121) | | | | |
| 430 | Employment Agreement: 2008-2011 (Defendant Bandokoudis 90-95) (Plaintiff's Deposition Exhibit #23) | | | | |
| 431 | Amendment to Employment Agreement: 2/2/2009 (Defendant Bandokoudis 96) (Dave Alpert Exhibit #37) | | | | |
| 432 | Employment Agreement: 2011-2014 (Defendant Bandokoudis 70-76) (Plaintiff's Deposition Exhibit #24) | | | | |
| 433 | Employment Agreement: 2014-2018 (Defendant Bandokoudis 51-58) (Plaintiff's Deposition Exhibit #26) | | | | |
| 434 | Payola, Plugola and Conflicts of Interest Memorandum – 2002 (Defendant Bandokoudis 170-171) | | | | |
| 435 | Payola, Plugola and Conflicts of Interest Memorandum – 2003 (Defendant Bandokoudis 168-169) | | | | |
| 436 | Payola, Plugola and Conflicts of Interest Memorandum – 2004 (Defendant Bandokoudis 166-167) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
| 437 | Payola, Plugola and Conflicts of Interest Memorandum – 2005 (Defendant Bandokoudis 164-165) | | | | |
| 438 | Payola, Plugola and Conflicts of Interest Memorandum – 2006 (Defendant Bandokoudis 162-163) | | | | |
| 439 | Payola, Plugola and Conflicts of Interest Memorandum – 2009 (Defendant Bandokoudis 219-220) | | | | |
| 440 | Payola, Plugola and Conflicts of Interest Memorandum – 2010 (Defendant Bandokoudis 101-102) | | | | |
| 441 | Payola, Plugola and Conflicts of Interest Memorandum – 2011 (Defendant Bandokoudis 63-66) | | | | |
| 442 | Payola, Plugola and Conflicts of Interest Memorandum – 2012 (Defendant Bandokoudis 61-62) | | | | |
| 443 | Payola, Plugola and Conflicts of Interest Memorandum – 2013 (Defendant Bandokoudis 77-78) | | | | |
| 444 | Payola, Plugola and Conflicts of Interest Memorandum – 2014 (Defendant Bandokoudis 59-60) | | | | |
| 445 | Payola, Plugola and Conflicts of Interest Memorandum – 2015 (Defendant Bandokoudis 46-48) | | | | |
| 446 | Payola, Plugola and Conflicts of Interest Memorandum – 2016 (Defendant Bandokoudis 37) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|------------------------|
| 447 | Certification of Completion: Dealing with Record Labels Online Training Program – 7/9/2009 (Defendant Bandokoudis 112) | | | | |
| 448 | Certification of Completion: Dealing with Record Labels Online Training Program – 7/2/2010 (Defendant Bandokoudis 100) | | | | |
| 449 | Certification of Completion: Dealing with Record Labels Online Training Program – 7/5/2011 (Defendant Bandokoudis 89) | | | | |
| 450 | 2003 Employee Performance Assessment (Defendant Bandokoudis 181-188/ EEOC Bandokoudis 296-203) (Plaintiff's Deposition Exhibit #14) | | | | |
| 451 | 2005 Employee Performance Assessment (Defendant Bandokoudis 223-229) (Plaintiff's Deposition Exhibit #17) | | | | |
| 452 | 2006 Employee Performance Assessment (Defendant Bandokoudis 132-139) | | | | |
| 453 | 2008-2009 Employee Performance Assessment (Defendant Bandokoudis 109-111) | | | | |
| 454 | Report of Employee Discipline – April 2012 (Defendant Bandokoudis 69) (Plaintiff's Deposition Exhibit #25) | | | | |
| 455 | Memorandum from Heather Cash to Plaintiff regarding Plaintiff's Separation from Entercom – 8/3/2018 (Defendant Bandokoudis 16-18) | | | | |
| 456 | July 7, 2016 Email from Lazlo to Staff | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | re: June and January 2017 Email from Bob Edwards to Plaintiff (Bandokoudis 0051; Bandokoudis 0053) (Plaintiff's Deposition Exhibit #27) | | | | |
| 457 | January 26, 2017 and January 27, 2017 Email Correspondence between Plaintiff and Bob Edwards re: Today's Conversation (Defendant Bandokoudis 235-236) (Plaintiff's Deposition Exhibit 1) | | | | |
| 458 | November 28, 2017 Email forward from Plaintiff to Noreen McCormack re May 1, 2017 Email Plaintiff sent to Bob Edwards re: Social Media Snafu (Defendant Bandokoudis 237) | | | | |
| 459 | May 2017 Email Correspondence to Bob Edwards and Dannyboi re: Social media snafu (Bandokoudis 0086) (Plaintiff's Deposition Exhibit #29) | | | | |
| 460 | May 12, 2017 Email from Plaintiff to Bob Edwards re: Monday (Defendant Bandokoudis 238) | | | | |
| 461 | June 13, 2017 Email from Plaintiff to Bob Edwards re: Vacation (Defendant Bandokoudis 239) | | | | |
| 462 | September 5, 2017 Correspondence between Plaintiff, Bob Edwards, Dannyboi, and Mark Van Sickle re: Beach Ball State Announcements (Defendant Bandokoudis 240-241) | | | | |
| 463 | September 21, 2017 Email from Plaintiff to Bob Edwards re: Next week. . . (Defendant Bandokoudis 242) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 464 | October 9, 2017 and October 10, 2017 Email Correspondence between Plaintiff and Bob Edwards re: No Costume State Announcements (Defendant Bandokoudis 243-244) | | | | |
| 465 | October 10, 2017 Email Correspondence between Bob Edwards, Plaintiff, Dannyboi, Collin Click, and Mark Van Sickle re: Stage Announcement (Defendant Bandokoudis 245-246) | | | | |
| 466 | October 11, 2017 Email from Plaintiff to Bob Edwards re: This morning (Defendant Bandokoudis 247) | | | | |
| 467 | October 17, 2017, October 19, 2017, and October 25, 2017 Email Correspondence between Plaintiff and Bob Edwards re: Monday (Defendant Bandokoudis 251-252) | | | | |
| 468 | October 26, 2017 and October 27, 2017 Email Correspondence between Plaintiff and Bob Edwards re: Today's Discussion (Defendant Bandokoudis 254-255) (Plaintiff's Deposition Exhibit #32) | | | | |
| 469 | October 31, 2017 Email from Plaintiff to Bob Edwards with Mark Van Sickle and Dannyboi copied re: Tomorrow. . . (Defendant Bandokoudis 256) | | | | |
| 470 | November 2, 2017 Email from Bob Edwards to Plaintiff with Noreen McCormack copied re: Ongoing Tardiness (Defendant Bandokoudis 257-258/EEOC 330-331) (Plaintiff's Deposition Exhibit #33) | | | | |
| 471 | October/November 2017 Email Correspondence between Plaintiff, Bob | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | Edwards and Dave Alpert re: Today's Discussion (Defendant Bandokoudis 259-260) (Dave Alpert Exhibit #38) | | | | |
| 472 | November 9, 2017 Email from Bob Edwards to Plaintiff re: November 7th Meeting Recap (Bandokoudis 0042-0043) (Plaintiff's Deposition Exhibit #34) | | | | |
| 473 | November 28, 2017 Email from Plaintiff to Noreen McCormack forwarding November 8, 2017, Correspondence between Plaintiff, Bob Edwards, and Dave Apert and October 26, 2017 Email from Bob Edwards to Plaintiff re: Today's Discussion (Defendant Bandokoudis 261-263) | | | | |
| 474 | November 8, 2017 and November 9, 2017 Email Correspondence between Plaintiff and Bob Edwards re: Ratings (Defendant Bandokoudis 264) | | | | |
| 475 | November 9, 2017 Email Correspondence between Plaintiff and Bob Edwards re: Ratings (Defendant Bandokoudis 265) | | | | |
| 476 | November 27, 2017, Email Correspondence between Plaintiff and Noreen McCormack re: Can we speak today? (Defendant Bandokoudis 266) (Plaintiff's Deposition Exhibit #35) | | | | |
| 477 | November 28, 2017 Email from Plaintiff to Noreen McCormack forwarding November 9, 2017 and November 10, 2017 Correspondence between Plaintiff and Bob Edwards re: Ratings (Defendant Bandokoudis 267-268) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 478 | November 14, 2017 and December 5, 2017 Email Correspondence between Plaintiff and Bob Edwards re: Vacation Time (Defendant Bandokoudis 269) | | | | |
| 479 | December 14, 2017 Email from Plaintiff to Bob Edwards with Dannyboi and Mark Van Sickle copied re: Hey . . . | | | | |
| 480 | January 15, 2018 Email from Plaintiff to Bob Edwards with Dannyboi copied re: Tomorrow (Defendant Bandokoudis 271) | | | | |
| 481 | February 1, 2018 Email Correspondence between Plaintiff and Bob Edwards re: out 3/9-personal day (Defendant Bandokoudis 272) | | | | |
| 482 | February 2, 2018 and February 5, 2018 Email Correspondence between Bob Edwards and Plaintiff re: Absenteeism (Defendant Bandokoudis 274) | | | | |
| 483 | February 13, 2018 Email from Plaintiff to Bob Edwards re: Sickness (Defendant Bandokoudis 275) | | | | |
| 484 | March 6, 2018 Email from Plaintiff to Bob Edwards with subject line blank (Defendant Bandokoudis 276) | | | | |
| 485 | March 9, 2018 Email from Plaintiff to Bob Edwards re: Next week (Defendant Bandokoudis 277) | | | | |
| 486 | March 21, 2018 Email from Plaintiff to Bob Edwards re: Bonuses (Defendant Bandokoudis 278) | | | | |
| 487 | March 23, 2018 Email from Bob Edwards to Plaintiff re: Making Bonus | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | (Defendant Bandokoudis 279) | | | | |
| 488 | March 28, 2018 Email from Plaintiff to Bob Edwards re: Tomorrow (Defendant Bandokoudis 280) | | | | |
| 489 | May 16, 2018 Email from Bob Edwards to Plaintiff re: The Woody Show Challenge (Defendant Bandokoudis 281) | | | | |
| 490 | May 30, 2018 Email from Plaintiff to Bob Edwards re: Tomorrow (Defendant Bandokoudis 282) | | | | |
| 491 | June 5, 2018 Email from Plaintiff to Bob Edwards re: vacation (Defendant Bandokoudis 283) | | | | |
| 492 | June 18, 2018, June 20, 2018, and June 21, 2018 Email Correspondence between Plaintiff and Bob Edwards re: Meeting (Defendant Bandokoudis 284-285) | | | | |
| 493 | June 26, 2018 Email from Plaintiff to Bob Edwards re: Tomorrow (Defendant Bandokoudis 286) | | | | |
| 494 | July 9, 2018 Email from Plaintiff to Bob Edwards re: Out tomorrow-The Sickness (Defendant Bandokoudis 287) | | | | |
| 495 | July 31, 2018 Email Correspondence between Ross Eatman and Mike Dash re: Afentra (Defendant Bandokoudis 1862-1863) | | | | |
| 496 | August 2, 2018 Email from Mike Dash to Ross Eatman re: Afentra (Defendant Bandokoudis 1864) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 497 | August 3, 2018 Email from Mike Dash to Ross Eatman re: I'm around if now is a good time to talk Afentra (Defendant Bandokoudis 1865) | | | | |
| 498 | Plaintiff's Post-Termination Correspondence with Human Resources and Bob Edwards regarding Benefits (Defendant Bandokoudis 12-15) | | | | |
| 499 | August 7, 2018 Email from Mike Dash to Ross Eatman re: Afentra (Defendant Bandokoudis 1866) | | | | |
| 500 | Entercom Financials 5-Year Trend for KRBZ-FM, KMBZ-AM, KQRC-FM (Defendant Bandokoudis 1867-1869) | | | | |
| 501 | Johnny Dare Total Revenue for 2015-2021 (Defendant Bandokoudis 1870) | | | | |
| 502 | Plaintiff's Total Revenue 2015-2018 (Defendant Bandokoudis 1871) | | | | |
| 503 | Scott Parks Total Revenue 2015-2021 (Defendant Bandokoudis 1872) | | | | |
| 504 | Lazlo Total Revenue 2015-2021 (Defendant Bandokoudis 1873) | | | | |
| 505 | Entercom's KRBZ 96.5 The Buzz Job Posting for a Full-Time On-Air Personality (Defendant Bandokoudis 289) | | | | |
| 506 | Plaintiffs October 2017 through July 2018 Attendance (Defendant Bandokoudis 314-320) | | | | |
| 507 | Detail Payroll Register for Plaintiff for June 2016 through August 2018 (EEOC | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | 250-265) (Dave Alpert Exhibit #40) | | | | |
| 508 | Plaintiff's Tax Records (Confidential Bandokoudis P0001-P0025) | | | | |
| 509 | 12/16/2016 Entercom Pay Statement for Plaintiff (Defendant Bandokoudis 1541) | | | | |
| 510 | 12/16/2017 Entercom Pay Statement for Plaintiff (Defendant Bandokoudis 1542) | | | | |
| 511 | 7/14/2018 Entercom Pay Statement for Plaintiff (Defendant Bandokoudis 1543) | | | | |
| 512 | Detail Payroll Register for Scott Parks for June 2016 through August 2018 (EEOC 285-301) (Stipulated to 300-301 in Pretrial Order) | | | | |
| 513 | 12/16/2016 Entercom Pay Statement for Scott Parks (Defendant Bandokoudis 1544) | | | | |
| 514 | 12/16/2017 Entercom Pay Statement for Scott Parks (Defendant Bandokoudis 1545) | | | | |
| 515 | 7/14/2018 Entercom Pay Statement for Scott Parks (Defendant Bandokoudis 1546) | | | | |
| 516 | 12/16/2016 Entercom Pay Statement for Scott Geiger (Defendant Bandokoudis 1547) | | | | |
| 517 | 12/16/2017 Entercom Pay Statement for Scott Geiger (Defendant Bandokoudis 1548) | | | | |
| 518 | 7/14/2018 Entercom Pay Statement for Scott Geiger (Defendant Bandokoudis | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | 1549) | | | | |
| 519 | Entercom Employee Handbook – Revised October 2001 (Defendant Bandokoudis 1557-1584) | | | | |
| 520 | Entercom Employee Handbook – Revised November 2002 (Defendant Bandokoudis 1585-1614) | | | | |
| 521 | Entercom Employee Handbook – Revised September 2003 (Defendant Bandokoudis 1615-1651) | | | | |
| 522 | Entercom Employee Handbook – Revised April 2004 (Defendant Bandokoudis 1652-1684) | | | | |
| 523 | Entercom Employee Handbook – Revised January 2005 (Defendant Bandokoudis 1685-1721) | | | | |
| 524 | Entercom Employee Handbook – Revised June 2006 (Defendant Bandokoudis 1722-1757) | | | | |
| 525 | Entercom Employee Handbook – Revised November 2010 (Defendant Bandokoudis 1758-1785) | | | | |
| 526 | Entercom Employee Handbook – Revised October 2014 (Defendant Bandokoudis 1786-1810) | | | | |
| 527 | Entercom Employee Handbook – Revised November 2015 (Defendant Bandokoudis 1811-1834) | | | | |
| 528 | Entercom Employee Handbook – Revised March 2016 (Defendant | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|------------------------|
|     | Bandokoudis 290-313 and 1835-1858) |  |  |  |  |
| 529 | Transcription of Call between Plaintiff and Noreen McCormack (Defendant Bandokoudis 614-650) |  |  |  |  |
| 530 | Audio Recording of Call between Plaintiff and Noreen McCormack (Confidential Bandokoudis P0093) |  |  |  |  |
| 531 | Noreen McCormack's Notes from Call with Plaintiff (Defendant Bandokoudis 1859-1860) |  |  |  |  |
| 532 | Geiger v. Bandokoudis Journal Entry with Custody Order (Defendant Bandokoudis 397-402) |  |  |  |  |
| 533 | Geiger v. Bandokoudis Stipulated Parenting Plan (Defendant Bandokoudis 428-436) |  |  |  |  |
| 534 | Fall 2004 Arbitron Day Part Comparison Report (Plaintiff's Deposition Exhibit #20) |  |  |  |  |
| 535 | PPM Data Reports for October 2009 through September 2020 (Mo-Fr 6A-10A; Persons 18-49) (Defendant Bandokoudis 656-727; 777-792) |  |  |  |  |
| 536 | PPM Data Reports for January 2013 through September 2020 (Mo-Fr 6A-10A; Persons 18-34) (Defendant Bandokoudis 729-752; 1527-1540; 753-776) |  |  |  |  |
| 537 | PPM Data Reports for January 2013 through September 2020 (Mo-Fr 6A-10A; Persons 25-54) (Defendant Bandokoudis 793-854) |  |  |  |  |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
| 538 | PPM Data Reports for January 2015 through September 2018 (Mo-Fr 10A-2P; Persons 18-34) (Defendant Bandokoudis 1874-1885; 1910-1921; 1946-1957; 2087-2089; 2102-2104; 2111-2113) | | | | |
| 539 | PPM Data Reports for January 2015 through September 2018 (Mo-Fr 10A-2P; Persons 18-49) (Defendant Bandokoudis 1886-1897; 1922-1933; 1958-1969; 2096-2098; 2105-2107; 2114-2116) | | | | |
| 540 | PPM Data Reports for January 2015 through September 2018 (Mo-Fr 10A-2P; Persons 25-54) (Defendant Bandokoudis 1898-1897; 1934-1945; 1970-1981; 2099-2101; 2108-2110; 2117-2119) | | | | |
| 541 | PPM Data Reports for January 2015 through September 2018 (Mo-Fr 2P-6P; Persons 18-34) (Defendant Bandokoudis 1982-1993; 2018-2029; 2051-2062; 2093-2095; 2123-2125; 2132-2134) | | | | |
| 542 | PPM Data Reports for January 2015 through December 2015 and April 2016 through September 2018 (Mo-Fr 2P-6P; Persons 18-49) (Defendant Bandokoudis 1994-2005; 2030-2038; 2063-2074; 2090-2092; 2126-2128; 2135-2137) | | | | |
| 543 | PPM Data Reports for January 2015 through September 2018 (Mo-Fr 2P-6P; Persons 25-54) (Defendant Bandokoudis 2006-2017; 2039-2050; 2075-2086; 2120-2122; 2129-2131; 2138-2140) | | | | |
| 544 | 2015 Entercom Employee Compensation by Gender (Defendant Bandokoudis 855-858) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 545 | 2016 Entercom Employee Compensation by Gender (Defendant Bandokoudis 859-864) | | | | |
| 546 | 2017 Entercom Employee Compensation by Gender (Defendant Bandokoudis 865-868) | | | | |
| 547 | 2018 Entercom Employee Compensation by Gender (Defendant Bandokoudis 869-872) | | | | |
| 548 | 2019 Entercom Employee Compensation by Gender (Defendant Bandokoudis 873-876) | | | | |
| 549 | Entercom EEO Annual Public File Report Entercom's Discrimination (2010-2016) (Defendant Bandokoudis 877-888) | | | | |
| 550 | Entercom FCC EEO Program – What You Need to Know (Defendant Bandokoudis 1434-1455) | | | | |
| 551 | Entercom Preventing Discrimination, Harassment and Retaliation 2016 (Defendant Bandokoudis 1456-1526) | | | | |
| 552 | Plaintiff's 1/28/19 Employment Agreement with Cumulus Media (Cumulus Media – Bandokoudis 17-31) (Plaintiff's Deposition Exhibit #2) | | | | |
| 553 | February 19, 2019 Email from Ross Eatman to Plaintiff re: Hi from Ross….note about fees (Confidential Bandokoudis 0128-0129) | | | | |
| 554 | Plaintiff's Twitch Podcasts (Confidential – Defendant – Bandokoudis 2141-2200) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 555 | McVay Expert Report (Defendant Bandokoudis 2260-2265) | | | | |
| 556 | Plaintiff's Contract for her Representation by Talent Agent Ross Eatman (Confidential Bandokoudis 0229-0236) | | | | |
| 557 | Plaintiff's Amended Charge of Discrimination (Confidential Bandokoudis 0167-0168)) | | | | |
| 558 | Original Charge of Discrimination (Confidential Bandokoudis 0164-0165) | | | | |
| 559 | Plaintiff's Complaint | | | | |
| 560 | Plaintiff's Answers to Defendant Entercom Kansas City, LLC's Interrogatories | | | | |
| 561 | Plaintiff's Supplemental Interrogatory Responses to Defendant Entercom Kansas City, LLC d/b/a KRBZ-FM's First Interrogatories | | | | |
| 562 | Plaintiff's Responses to Defendant Entercom Kansas City, LLC d/b/a KRBZ-FM's Requests for Production | | | | |
| 563 | Plaintiff's Responses to Defendant Entercom Kansas City, LLC d/b/a KRBZ-FM's Second Request for Production | | | | |
| 564 | Plaintiff's Supplemental Responses to Defendant Entercom Kansas City, LLC d/b/a KRBZ-FM's Second Request for Production | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 565 | Plaintiff's Responses to Defendant Entercom Kansas City, LLC d/b/a KRBZ-FM's Third Request for Production | | | | |
| 566 | Plaintiff's Supplemental Responses to Defendant Entercom Kansas City, LLC d/b/a KRBZ-FM's Third Request for Production | | | | |
| 567 | Plaintiff's Responses to Defendant Entercom Kansas City, LLC d/b/a KRBZ-FM's Fourth Request for Production | | | | |
| 568 | Plaintiff's Responses to Defendant Entercom Kansas City, LLC d/b/a KRBZ-FM's First Request for Production of Tangible Things | | | | |
| 569 | Defendant's Answer and Objection to Plaintiff's First Interrogatories to Defendant | | | | |
| 570 | Defendant's Supplemental Answers to Interrogatory Numbers 13, 15, 16 and 18 | | | | |
| 571 | Defendant's Responses and Objections to Plaintiff's First Request for Production of Documents to Defendant | | | | |
| 572 | Defendant's Responses and Objections to Plaintiff's Second Request for Production of Documents to Defendant | | | | |
| 573 | Defendant's Supplemental Objections and Responses to Plaintiff's Second Request for Production of Documents to Defendant | | | | |
| 574 | Plaintiff's Deposition Transcript 1 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 575 | Plaintiff's Deposition Transcript 2 | | | | |
| 576 | Summaries/Charts of PPM Data | | | | |
| 577 | Summaries | | | | |
| 578 | Charts | | | | |
| 579 | Chronology | | | | |
| 580 | Plaintiff's Psychiatry Records (Psychiatry Associates of Kansas City – Bandokoudis 1-56) | | | | |
| 581 | Cumulus Media Personnel File (Cumulus Media Records per Subpoena 1-62) | | | | |
| 582 | Cumulus Media Personnel File (Cumulus Media Records 1-72) | | | | |
| 583 | EEOC File (CONFIDENTIAL - EEOC Bandokoudis 1-339) | | | | |
| 584 | April 2016 Kansas City Edison Research Survey for the Buzz (Defendant Bandokoudis 889-1159) | | | | |
| 585 | April 2016 Kansas City Edison Research Survey for the Rock (Defendant Bandokoudis 1160-1433) | | | | |
| 586 | All documents identified by Plaintiff | | | | |

Defendant reserves the right to identify any exhibit identified by Plaintiff in this case.

Defendant additionally reserves the right to supplement or amend this list up to and including the

time of trial, or to identify additional exhibits in rebuttal, for impeachment, or otherwise, up to

and during the trial of this matter.

Respectfully Submitted,

_/s / Kathryn S. Rickley_

Karen J. Halbrook          (KS #14299)
Mitchell E. Wood          (KS #24052)
Lindsay P. Windham          (KS #26212)
Kathryn S. Rickley          (KS #23211)
HALBROOK WOOD, P.C.
3500 W 75th Street, Suite 300
Prairie Village, KS 66208
Tel: 913-529-1188
Fax: 913-529-1199
Email: khalbrook@halbrookwoodlaw.com
Email: mwood@halbrookwoodlaw.com
Email: lwindham@halbrookwoodlaw.com
Email: krickley@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

<strong><u>CERTIFICATE OF SERVICE</u></strong>

The undersigned certifies that on this 1st day of June 2022, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, and served via email to:

Ivan L. Nugent (KS #24512)
Lara K. Pabst (KS #24454)
KRIGEL & KRIGEL, PC
4520 Main St., Ste. 700
Kansas City, Missouri 64111
Phone: (816) 756-5800
Fax: (816) 756-1999
Email: inugent@krigelandkrigel.com
Email: lpabst@krigelandkrigel.com
ATTORNEYS FOR PLAINTIFF

_/s/_ Kathryn S. Rickley
ATTORNEY FOR DEFENDANT